CO-386-online
10/03

# United States District Court
# For the District of Columbia

Jacqueline Ames

               Plaintiff

vs

HSBC Bank USA, N.A.

               Defendant

Civil Action No. 06-2039-RMC

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for HSBC Bank USA, N.A. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of HSBC Bank USA, N.A. which have any outstanding securities in the hands of the public:

Defendant HSBC Bank USA, N.A. is the principal subsidiary of HSBC USA Inc., who has certain preferred shares that are publicly traded, but otherwise is an indirectly-held, wholly-owned subsidiary of HSBC North America Holdings Inc. which, in turn, is a wholly-owned indirect subsidiary of HSBC Holdings plc, a United Kingdom corporation whose shares are traded on the New York, London and Hong Kong stock exchanges. No other publicly held corporations own 10% or more of HSBC Bank USA, N.A.'s shares.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ David S. Cohen
Signature

D.C. Bar No. 450107
BAR IDENTIFICATION NO.

David S. Cohen
Print Name

1850 K ST, NW, Suite 1100
Address

Washington    DC    20006
City       State      Zip Code

202-835-7517
Phone Number

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I caused to be served by United Postal Service copies of "CERTIFICATE RULE LCvR 7.1" addressed as follows:

>Patricia L. Payne
>Payne & Associates, Ltd.
>1250 24th Street, NW Suite 300
>Washington, D.C. 20037
>Tel: (202) 835-1610

/s/ Rebecca Belmar
Rebecca Belmar