# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE AMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 06-2039 (RMC) |
| | ) |
| HSBC BANK USA, N.A. | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Plaintiff Jacqueline Ames's Complaint under Federal Rule of Civil Procedure 12(b)(6). Upon consideration of Defendant's Motion to Dismiss, Plaintiff's Opposition thereto, and other pleadings in this case, this Court finds that Plaintiff's complaint is sufficiently plead in accordance with Federal Rule of Civil Procedure 8(a). Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #3] is **DENIED**.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 11, 2007