UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE AMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HSBC BANK USA, N.A., | ) |
| | ) Civil Action No. 06-2039-RMC |
| Defendant. | ) |

**CONSENT MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT**

Defendant HSBC Bank USA, N.A. ("HSBC") and plaintiff Jacqueline Ames, by and through their counsel, hereby move the Court for an order extending the time for HSBC to answer the complaint. The parties have agreed that HSBC shall file its answer to Ms. Ames' complaint on or before June 15, 2007 and that all other existing deadlines shall remain in effect.

                Respectfully submitted,

Dated: May 23, 2007         MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
      Washington, D.C.

By:   /s/ David S. Cohen
      David S. Cohen (D.C. Bar No. 450107)

1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 835-7500

*Attorneys for Defendant HSBC Bank USA, N.A.*

Dated: May 23, 2007         PAYNE & ASSOCIATES, LTD
      Washington, DC

By:   /s/ Patricia L. Payne
      Patricia L. Payne

1250 24th Street, N.W., Suite 300
Washington, DC 20037
(202) 835-1610

*Attorney for Plaintiff Jacqueline Ames*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE AMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HSBC BANK USA, N.A., | ) |
| | ) Civil Action No. 06-2039-RMC |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Consent Motion to Extend Time to Answer the Complaint, it is hereby

ORDERED, that the motion is granted.

ORDERED, that HSBC shall file its answer on or before June 15, 2007.

_____
Honorable Rosemary M. Collyer
United States District Judge

May __, 2007

## **CERTIFICATE OF SERVICE**

        I hereby certify that on May 23, 2007, I electronically filed and caused to be served by First Class Mail copies of the Consent Motion to Extend Time to Answer the Complaint to the following:

>Patricia L. Payne
>Payne & Associates, LTD
>1250 24th Street, N.W., Suite 300
>Washington, DC 20037
>Telephone: (202) 835-1610


>/s/ Jonathan C. Poling
>Jonathan C. Poling

DC1:#8135657