A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JACQUELINE AMES                             )
        Plaintiff(s)              )       **APPEARANCE**
                                  )
                                  )
        vs.                       )       CASE NUMBER   06-2039-RMC
HSBC BANK USA, N.A.                         )
                                  )
        Defendant(s)              )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Daniel DeSouza  as counsel in this
                                      (Attorney's Name)

case for:  HSBC Bank USA, N.A.
              (Name of party or parties)

| | |
|---|---|
| 11/6/2007 | /s/ Daniel DeSouza |
| Date | Signature |
| | Daniel DeSouza |
| | Print Name |
| D.C. Bar No. 492637 | Milbank, Tweed, Hadley & McCloy LLP |
| BAR IDENTIFICATION | 1850 K Street, NW   Suite 1100 |
| | Address |
| | Washington   DC   20006 |
| | City   State   Zip Code |
| | 202-835-7573 |
| | Phone Number |