UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE AMES, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-2039 (RMC) |
| HSBC BANK USA, N.A., ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Pursuant to a scheduling conference held in open Court on May 12, 2008, it is hereby

**ORDERED** that:

1. The parties shall report to the Court via telephone conference on May 21, 2008, to be arranged by the parties with the Court's deputy clerk, regarding the status of a stipulation as to the entire value of the trip to South Africa awarded to Plaintiff.

2. Dispositive motions by both parties, full or partial, shall be filed no later than June 30, 2008.

3. Responses to any dispositive motions shall be filed no later than July 31, 2008.

4. Replies in support of a dispositive motion may be filed no later than August 15, 2008.

5. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

6. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

7. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to

conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

8. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

9. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: May 14, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge