Exhibit "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE AMES, | : |
| Plaintiff, | : |
| v. | : Case No. 06-2039-RMC |
| HSBC BANK USA, N.A., | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Jacqueline Ames ("Plaintiff") and HSBC BANK USA, N.A. (the "Defendant") hereby stipulate to a voluntary dismissal with prejudice of all claims that were or could have been asserted by Plaintiff against Defendant in this action, with each party to bear its own attorneys' fees and costs, and ask the Court to enter an order approving same.

Dated: June 10, 2008

_____
Patricia Payne, Esq. (Bar No. 317586)
Payne & Associates
1250 24th Street, NW – Suite 300
Washington, DC 20037
(202) 831-1610 (Telephone)
(202) 835-1697 (Facsimile)

*Counsel for*

JACQUELINE AMES

_____
David Cohen, Esq. (Bar No. 450107)
Milbank Tweed Hadley & McCloy, LLP
1850 K Street, NW – Suite 1100
Washington, DC 20006
(202) 835-7500 (Telephone)
(202) 835-7586 (Facsimile)

*Counsel for*

HSBC BANK USA, N.A.